ACCEPTED
04-14-00772-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/29/2015 11:29:28 AM
KEITH HOTTLE
CLERK

NO. 04-14-00772-CR

JONATHAN JOSE GUILLEN

VS.

THE STATE OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/29/2015 11:29:28 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS

FOURTH SUPREME JUDICIAL DISTRICT

SAN ANTONIO, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW the Appellant JONATHAN JOSE GUILLEN, by and through his undersigned attorney, and respectfully requests that this Honorable Court allow him an extension of time for a period of forty-five (45) days in which to file the Appellant's brief. The Appellant makes this request under 38.6(d) of the Texas Rules of Appellate Procedure, and shows the following in support of said motion:

I

The clerk's record in this cause was electronically filed on November 25, 2014. The Court Reporter's record was electronically filed on April 28, 2015. Appellant's brief is due no later than June 29, 2015. This is Appellant's second motion for extension of

time.

## II

The Appellant is currently in custody. He was charged with the offense of murder in the 186th Judicial District Court in cause No. 2013CR2647 and was assessed ninety-nine (99) years at TDCJ on October 14, 2014. Counsel was informed the brief was due on May 28, 2015. The record contains fourteen (14) volumes of testimony and legal documents.

## III

This is the second extension requested by the Appellant. The request for more time is being made not for the purposes of delay but rather so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Court grant an extension of forty-five (45) days for the Appellant to file his Brief in this cause.

Respectfully submitted,

CAMPION & CAMPION

ALEX J. SCHARFF
State Bar No. 17727350
222 E. Main Plaza
San Antonio, Texas 78205
Telephone No. 210/227-5161
Telecopier No. 210/229-1243
alexjoss@yahoo.com
cindy@campionlawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion For

Extension of Time To File Brief has on this 29th day of June, 2015, been delivered to the

Bexar County District Attorney's Office, San Antonio, Texas.

ALEX J. SCHARFF

THE STATE OF TEXAS

COUNTY OF BEXAR

BEFORE ME, the undersigned authority, on this day personally appeared ALEX J. SCHARFF and after being duly sworn did depose and state:

"My name is ALEX J. SCHARFF. I am familiar with the foregoing Motion For Extension Of Time To File Brief. I have read the foregoing document to which this affidavit is attached and believe the allegations contained therein are true and correct."

WITNESS my signature this 29 day of June, 2015.

_____
ALEX J. SCHARFF

SUBSCRIBED AND SWORN to before me on this 29 day of June, 2015.

_____
Notary Public in and for
the State of Texas
My commission expires: 2-14-18

CINDY MERRYMAN
My Commission Expires
February 14, 2018

## CERTIFICATE OF CONFERENCE

I certify that on this _29_ day of June, 2015, I spoke to Bexar County District Attorney, and advised me that he is not opposed to any extensions of time sought by Appellant.

_____
ALEX J. SCHARFE